UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 29, 2019

SEAN F. MCAVOY, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CESAR EMMANUEL CABRERA-HOIL, VICTOR DANIEL CETINA-CHI, WILBERT ROSENDO CHAN-TUN, MAURICIO DE JESUS ESCOBEDO-GAMBOA, ANGEL LUIS GOMEZ-BE, and JORGE RAFAEL TZEK-PEREZ,<br><br>Defendants. | No. 2:19-CR-0073-JTR<br><br>ORDER RE: PRETRIAL MOTIONS |

**THIS MATTER** came before the Court on July 11, 2019 for a hearing on pretrial motions. The United States was represented by Assistant U.S. Attorney Matthew F. Duggan. Defendants Cesar Emmanuel Cabrera-Hoil, Victor Daniel Cetina-Chi, Wilbert Rosendo Chan-Tun, Mauricio De Jesus Escobedo-Gamboa, Angel Luis Gomez-Be, and Jorge Rafael Tzek-Perez were not present and excused from attendance pursuant to FED. R. CRIM. P. 43. Each defendant's lawyer was present for the hearing.

For the reasons provided in open court, **IT IS HEREBY ORDERED**:

1.    Defendant's motion to dismiss Count 1 of the Amended Information, **ECF No. 117**, **is DENIED**.

2.    Defendant's motion to suppress statements, **ECF No. 118**, **is GRANTED, in part, and DENIED, in part**.

3.    Any and all statements made by Defendant Victor Daniel Cetina-Chi are inadmissible and suppressed.

ORDER - 1

4. Any statements made by all Defendants prior to the Form 215 interviews are deemed inadmissible and are suppressed.

5. With the exception of statements made by Defendant Cetina-Chi, any statements made by Defendants during the Form 215 interviews and thereafter during the administrative process interviews are admissible.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this order and furnish copies to counsel.

DATED July 29, 2019.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE